AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

JUN 0 5 2015

Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| Alberto OLIVARES-Garcia | ) Case No. M-15-909-M |
| 1976 MX National | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 5, 2015__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841<br>21 USC 846 | defendant did, knowingly and intentionally possess with the intent to distribute approximately 24.9 kilograms of cocaine, a Schedule II controlled substance, and did knowingly and intentionally conspire to possess with intent to distribute with persons known and unknown approximately 24.9 kilograms of cocaine, a Schedule II controlled substance |

This criminal complaint is based on these facts: Gilberto Gamez

Before the United States Magistrate Judge, Southern District of Texas, I, ~~Brian Chapa~~, Special Agent, United States Immigration and Customs Enforcement, being duly sworn, depose and say the following:

See Attachment A

☑ Continued on the attached sheet.

*Complainant's signature*

Gilberto Gamez ICE/HSI Falcon Dam Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  06/05/2015

*Judge's signature*

City and state:  McAllen, Texas

Dorina Ramos
*Printed name and title*

Attachment A

On June 5, 2015 a gray Chrysler Town and Country minivan arrived at the Falcon Dam Port of Entry (POE) attempting to make entry into the United States from the United Mexican States. As the vehicle entered the primary inspection lane of the POE, a Customs and Border Protection Officer (CBPO) conducted an inspection of the Border Crossing Card presented by the driver identified as Alberto OLIVARES-Garcia.

OLIVARES-Garcia was questioned as to where he was going and he said to Zapata, Texas to go shopping at a flea market. When OLIVARES-Garcia was questioned further as to where exactly the flea market was he stated on 290, of which there is no 290 in Zapata. As OLIVARES-Garcia described further where he was going the CBPO recognized the location as being in Laredo, Texas. CBPO told OLIVARES-Garcia the location he was referring to was in Laredo and OLIVARES-Garcia agreed that was where he was going and not to Zapata. CBPO noticed at that time, OLIVARES-Garcia began getting nervous as his mouth and lips began to tremble and his eyes began to get watery as if he was going to cry. CBPO then referred OLIVARES-Garcia to the secondary inspection. At secondary, a search of the interior of the vehicle resulted in the discovery of 20 bricks wrapped in brown packaging tape which weighed approximately 24.9 kilograms.

U.S. Immigration and Customs Enforcement Special Agents assigned to Homeland Security Investigations, Office of the Resident Agent in Charge, Falcon Dam, Texas were contacted and responded to the Falcon Dam POE. OLIVARES-Garcia was interviewed by Special Agents and was read his rights per Miranda in the Spanish language which he understood and waived. OLIVARES agreed to answer agent's questions. OLIVARES stated he has owned the vehicle for 15 days and has no knowledge of anything illegal inside the vehicle.

The Assistant United States Attorney in McAllen was contacted and was presented with the facts of the investigation. Prosecution was accepted and OLIVARES-Garcia was placed under arrest.